UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

SHIRLEY A. RIVERS,

Case No.: 6:14-bk-09393-ABB
Chapter 13

Debtor.
_____/

## MOTION TO MODIFY ORDER CONFIRMING CHAPTER 13 PLAN

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider this Motion, Objection, or other matter without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service attached to this paper plus an additional three days for service. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at the George C. Young Federal Courthouse, 400 W. Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy on the movant's attorney, Paul L. Urich, Esquire, Law Office of Paul L. Urich, P.A., 1510 E. Colonial Drive, Suite 204, Orlando, Florida 32803.

If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**COMES NOW** the Debtor, **SHIRLEY A. RIVERS**, by and through her undersigned attorney, and files this Motion to Modify the Order Confirming Chapter 13 Plan, and, as grounds in support of this Motion, the following is stated:

1. The Order Confirming Chapter 13 Plan was entered in this case on February 18, 2015 (Doc. No. 31).

2. Modification of the Debtor's Chapter 13 Plan payments and creditor disbursements is needed for three reasons. First, this Motion is filed to bring the Debtor

current in her Plan payments through the August 14, 2015 Plan payment due date. Second, Claim Number 3 of Wells Fargo Bank, N.A. has been paid by settlement of an insurance claim. Third, modification of the Debtor's Plan payments and creditor disbursements is needed to show *projected* modified mortgage payments so that the Debtor may better afford her Chapter 13 Plan.  [BransonLaw, PLLC is working on mortgage modification mediation issues and will be filing a Motion relative to the Partners Federal Credit Union claim (Claim Number 5). A Mortgage Modification Mediation Order is already entered as to mortgage modification mediation with the Debtor's first mortgage creditor, Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-13 as serviced by Selene Finance LP.]

3. This Motion proposes an adjustment to the Debtor's Chapter 13 Plan payments beginning with Month 11 of the Plan, as follows:

**PLAN PAYMENTS**

| Payment Number | Months of Plan | Amount of Plan Payment |
|---|---|---|
| 11-12 | July 14, 2015 through August 14, 2015 | $    0.00 per month |
| 13-60 | September 14, 2015 through August 14, 2019 | $4,255.00 per month |

4. Proposed disbursements to creditors are shown on the spreadsheet attached hereto and incorporated herein as Exhibit "A".

5. Should the Debtor's mortgage creditor, Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-13 as serviced by Selene Finance LP., not agree to a mortgage loan modification relative to Claim Number 4 in this case, property located at 11315 Windermere Road, Windermere, FL 34786, and loan number ending in 9057, the mortgage

claim including the Pre-Petition arrearage will be addressed immediately in another Motion to Modify the Plan.  Should the Debtor's mortgage creditor agree to a loan modification but with different ongoing mortgage payments than set forth on the spreadsheet attached to this Motion, those payments will also be addressed immediately in another Motion to Modify the Plan.

6.  Should the Debtor's mortgage creditor, Partners Federal Credit Union, not agree to a mortgage loan modification relative to Claim Number 5 in this case, property located at 11315 Windermere Road, Windermere, FL 34786, and loan number ending 2716, the mortgage claim including the Pre-Petition arrearage will be addressed immediately in another Motion to Modify the Plan.  Should the Debtor's mortgage creditor agree to a loan modification but with different ongoing mortgage payments than set forth on the spreadsheet attached to this Motion, those payments will also be addressed immediately in another Motion to Modify the Plan.

7.  The undersigned attorney seeks fees and costs in the amount of Six Hundred Fifty ($650.00) Dollars for the workup of the modified payments and disbursements, for the preparation, filing, and service of this Motion, for communications with BransonLaw, PLLC concerning the proposed modified mortgage payments, and for communications with the Chapter 13 Trustee's office concerning the same, which fees and costs shall be disbursed by the Chapter 13 Trustee.

8.  Attorney's fees have also been added in the amount of One Thousand Eight Hundred ($1,800.00) Dollars for BransonLaw, PLLC for a second mortgage modification mediation and the work relating thereto.

9. The Debtor proposes that all other terms and conditions of the Order Confirming Chapter 13 Plan shall remain the same and in full force and effect but for those specific changes to the Debtor's Plan payments and creditor disbursements, as referenced herein and on the attached spreadsheet.

**WHEREFORE**, the Debtor, **SHIRLEY A. RIVERS**, by and through her undersigned attorney, prays that the Court will:

    A.    grant this Motion and enter an Order modifying the Debtor's Plan payments and creditor disbursements, as proposed herein;

    B.    allow attorney's fees and costs in the amount of Six Hundred and Fifty ($650.00) Dollars to be disbursed by the Trustee; and

    C.    grant such other and further relief as the Court deems appropriate.

Date: September 3, 2015

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this document is being served upon all creditors and interested parties by United States Regular Mail, postage prepaid, or by CM/ECF electronic transmission, as may be applicable, to all creditors and interested parties, as listed on the Court Matrix, on September 3, 2015.

Respectfully submitted,

**LAW OFFICE OF PAUL L. URICH, P.A.**

BY:   /s/ *Paul L. Urich, Esquire*
Paul L. Urich, Esquire
1510 East Colonial Drive
Suite 204
Orlando, Florida 32803
Telephone: (407) 896-3077
Telecopy: (407) 896-3041
Florida Bar No.:0088780
Email: paulu@urichoffice.com
Attorney for the Debtor

**EXHIBIT "A"**

| DUE DATE 14TH | | | 9/14/2014 Unsecured | | Debtor Pmt | 10.0% Tee Fee | | ATTY | | Claim 4 SELENE FINANCE | Claim 104 SELENE FINANCE | | Claim 5 PARTNERS FCU | | Claim 105 PARTNERS FCU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 60 | | 60 | | | | | | | | | | | |
| 9/14/2014 | 1 | | $11.00 | | $3,607.00 | $360.70 | | $231.27 | | $1,234.35 | | | $893.03 | | |
| 10/14/2014 | 2 | | $11.00 | | $3,607.00 | $360.70 | | $231.27 | | $1,234.35 | | | $893.03 | | |
| 11/14/2014 | 3 | | $11.00 | | $3,607.00 | $360.70 | | $231.27 | | $1,234.35 | | | $893.03 | | |
| 12/14/2014 | 4 | | $11.00 | | $3,607.00 | $360.70 | | $231.27 | | $1,234.35 | | | $893.03 | | |
| 1/14/2015 | 5 | | $11.00 | | $3,607.00 | $360.70 | 5 at | $231.27 | 5 at | $1,234.35 | | | $893.03 | | |
| 2/14/2015 | 6 | | $0.00 | | $3,607.00 | $360.70 | 1 at | $345.02 | | $1,131.60 | | | $893.03 | 6 at | |
| 3/14/2015 | 7 | | $96.39 | | $3,607.00 | $360.70 | 1 at | $248.63 | | $1,131.60 | | | $893.03 | | |
| 4/14/2015 | 8 | | $345.02 | | $3,607.00 | $360.70 | | | | $1,131.60 | | | $893.03 | | |
| 5/14/2015 | 9 | | $345.02 | | $3,607.00 | $360.70 | | | | $1,131.60 | | | $893.03 | | |
| 6/14/2015 | 10 | | $288.02 | 10 at | $3,607.00 | $360.70 | | | 5 at | $1,131.60 | | 10 at | $893.03 | 4 at | 10 |
| 7/14/2015 | 11 | | $0.00 | | $0.00 | $0.00 | | | | | | | | | |
| 8/14/2015 | 12 | | $0.00 | 2 at | $0.00 | $0.00 | 5 at | | 2 at | | | 2 at | | | |
| 9/14/2015 | 13 | | $0.00 | | $4,255.00 | $425.50 | 1 at | $638.26 | | $2,022.37 | | | $1,041.87 | | |
| 10/14/2015 | 14 | | $59.26 | | $4,255.00 | $425.50 | 1 at | $11.74 | | $2,022.37 | | | $1,041.87 | | |
| 11/14/2015 | 15 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $1,041.87 | | |
| 12/14/2015 | 16 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $1,041.87 | | |
| 1/14/2016 | 17 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $1,041.87 | | |
| 2/14/2016 | 18 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $1,041.87 | | |
| 3/14/2016 | 19 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $1,041.87 | | |
| 4/14/2016 | 20 | | $161.82 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $1,041.87 | | |
| 5/14/2016 | 21 | | $0.26 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $1,041.87 | | |
| 6/14/2016 | 22 | | $0.26 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $1,041.87 | | |
| 7/14/2016 | 23 | | $0.26 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $1,041.87 | | |
| 8/14/2016 | 24 | | $0.26 | | $4,255.00 | $425.50 | | | | $2,022.37 | | 12 at | $1,041.87 | | |
| 9/14/2016 | 25 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 10/14/2016 | 26 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 11/14/2016 | 27 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 12/14/2016 | 28 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 1/14/2017 | 29 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 2/14/2017 | 30 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 3/14/2017 | 31 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 4/14/2017 | 32 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 5/14/2017 | 33 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 6/14/2017 | 34 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 7/14/2017 | 35 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 8/14/2017 | 36 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 9/14/2017 | 37 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 10/14/2017 | 38 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 11/14/2017 | 39 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 12/14/2017 | 40 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 1/14/2018 | 41 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 2/14/2018 | 42 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 3/14/2018 | 43 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 4/14/2018 | 44 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 5/14/2018 | 45 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 6/14/2018 | 46 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 7/14/2018 | 47 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 8/14/2018 | 48 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 9/14/2018 | 49 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 10/14/2018 | 50 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 11/14/2018 | 51 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 12/14/2018 | 52 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 1/14/2019 | 53 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 2/14/2019 | 54 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 3/14/2019 | 55 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 4/14/2019 | 56 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 5/14/2019 | 57 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 6/14/2019 | 58 | | $0.00 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 7/14/2019 | 59 | | $50.30 | | $4,255.00 | $425.50 | | | | $2,022.37 | | | $893.03 | | |
| 8/14/2019 | 60 | | $749.26 | 48 at | $4,255.00 | $425.50 | | | 48 at | $2,022.37 | | 36 at | $893.03 | | |
| | | | $2,151.13 | | $240,310.00 | $24,031.00 | | $2,400.00 | | $108,903.51 | | | $53,581.82 | | |
| | | | $887.86 | | | | | | | | | | | | |
| | | | 242% | | | | | | | Ongoing Claim | | | Ongoing Claim | | |
| | | | | | | | | | | Mortgage Modification Mediation Order Entered Claim 4 (Projected modified payments with escrow as of the 9/2015 payment date) | | | Motion for Mortgage Modification Mediation to be filed Claim 5 | | |

| DUE DATE 14TH | | Claim 3 WELLS FARGO | | Claim 1 IRS | | BRANSON LAW | | Claim 103 WELLS FARGO | Claim 203 | | Claim 204 SELENE FINANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | | | | | | | | |
| 9/14/2014 | 1 | $652.35 | | $50.00 | | $174.30 | | | | | |
| 10/14/2014 | 2 | $652.35 | | $50.00 | | $174.30 | | | | | |
| 11/14/2014 | 3 | $652.35 | | $50.00 | | $174.30 | | | | | |
| 12/14/2014 | 4 | $652.35 | | $50.00 | | $174.30 | | | | | |
| 1/14/2015 | 5 | $652.35 | | $50.00 | | $174.30 | | | | | |
| 2/14/2015 | 6 | $652.35 | | $50.00 | | $174.30 | | | | | |
| 3/14/2015 | 7 | $652.35 | | $50.00 | | $174.30 | | | | | |
| 4/14/2015 | 8 | $652.35 | | $50.00 | | $174.30 | | | | | |
| 5/14/2015 | 9 | $652.35 | | $50.00 | 9 at | $174.30 | | | | | |
| 6/14/2015 | 10 | at $652.35 | 10 at | $50.00 | 1 at | $231.30 | 10 at | | | | |
| 7/14/2015 | 11 | | | | | | | | | | |
| 8/14/2015 | 12 | | | | | | | | | | |
| 9/14/2015 | 13 | | 3 at | | 3 at | | | | | | |
| 10/14/2015 | 14 | | | $287.00 | | $280.26 | | | 14 at | | 14 at |
| 11/14/2015 | 15 | | | $287.00 | | $280.26 | | | | | $44.00 |
| 12/14/2015 | 16 | | | $287.00 | | $280.26 | | | | | $44.00 |
| 1/14/2016 | 17 | | | $287.00 | | $280.26 | | | | | $44.00 |
| 2/14/2016 | 18 | | | $287.00 | | $280.26 | | | | | $44.00 |
| 3/14/2016 | 19 | | | $287.00 | 6 at | $280.26 | | | | | $44.00 |
| 4/14/2016 | 20 | | 7 at | $287.00 | 1 at | $118.44 | | | | | $44.00 |
| 5/14/2016 | 21 | | | $567.00 | | | | | | | $44.00 |
| 6/14/2016 | 22 | | | $567.00 | | | | | | | $44.00 |
| 7/14/2016 | 23 | | | $567.00 | | | | | | | $44.00 |
| 8/14/2016 | 24 | | 4 at | $567.00 | | | | | | | $44.00 |
| 9/14/2016 | 25 | | | $716.10 | | | | | | | $44.00 |
| 10/14/2016 | 26 | | | $716.10 | | | | | | | $44.00 |
| 11/14/2016 | 27 | | | $716.10 | | | | | | | $44.00 |
| 12/14/2016 | 28 | | | $716.10 | | | | | | | $44.00 |
| 1/14/2017 | 29 | | | $716.10 | | | | | | | $44.00 |
| 2/14/2017 | 30 | | | $716.10 | | | | | | | $44.00 |
| 3/14/2017 | 31 | | | $716.10 | | | | | | | $44.00 |
| 4/14/2017 | 32 | | | $716.10 | | | | | | | $44.00 |
| 5/14/2017 | 33 | | | $716.10 | | | | | | | $44.00 |
| 6/14/2017 | 34 | | | $716.10 | | | | | | | $44.00 |
| 7/14/2017 | 35 | | | $716.10 | | | | | | | $44.00 |
| 8/14/2017 | 36 | | | $716.10 | | | | | | | $44.00 |
| 9/14/2017 | 37 | | | $716.10 | | | | | | | $44.00 |
| 10/14/2017 | 38 | | | $716.10 | | | | | | | $44.00 |
| 11/14/2017 | 39 | | | $716.10 | | | | | | | $44.00 |
| 12/14/2017 | 40 | | | $716.10 | 20 at | | | | | | $44.00 |
| 1/14/2018 | 41 | | | $716.10 | | | | | | | $44.00 |
| 2/14/2018 | 42 | | | $716.10 | | | | | | | $44.00 |
| 3/14/2018 | 43 | | | $716.10 | | | | | | | $44.00 |
| 4/14/2018 | 44 | | | $716.10 | | | | | | | $44.00 |
| 5/14/2018 | 45 | | | $716.10 | | | | | | | $44.00 |
| 6/14/2018 | 46 | | | $716.10 | | | | | | | $44.00 |
| 7/14/2018 | 47 | | | $716.10 | | | | | | | $44.00 |
| 8/14/2018 | 48 | | | $716.10 | | | | | | | $44.00 |
| 9/14/2018 | 49 | | | $716.10 | | | | | | | $44.00 |
| 10/14/2018 | 50 | | | $716.10 | | | | | | | $44.00 |
| 11/14/2018 | 51 | | | $716.10 | | | | | | | $44.00 |
| 12/14/2018 | 52 | | | $716.10 | | | | | | | $44.00 |
| 1/14/2019 | 53 | | | $716.10 | | | | | | | $44.00 |
| 2/14/2019 | 54 | | | $716.10 | | | | | | | $44.00 |
| 3/14/2019 | 55 | | | $716.10 | | | | | | | $44.00 |
| 4/14/2019 | 56 | | | $716.10 | | | | | | | $44.00 |
| 5/14/2019 | 57 | | | $716.10 | | | 47 at | | | | $44.00 |
| 6/14/2019 | 58 | | 34 at | $716.10 | | | | | | | $44.00 | 44 at |
| 7/14/2019 | 59 | | 1 at | $682.77 | | | | | | 45 at | $44.00 | 1 at |
| 8/14/2019 | 60 | | | | 20 at | | 3 at | | | 1 at | $42.37 |
| | | $6,523.50 | | $29,807.17 | | $3,600.00 | | | | | $2,022.37 |
| | | **Secured** | | **IRS secured claim paid in full** | | **Fees for two mortgage modification mediations and associated work** | | | | | **Gap payment paid in full** |
| | | **Claim 3** **Claim paid by insurance** | | **Claim 1** | | | | **Claim 103** **Claim paid by insurance** | | | **Claim 204** |

| DUE DATE 14TH | | Claim 205 PARTNERS FCU | Claim 8 ORANGE CO. TAX COLLECTOR | | Claim 9 THOMAS MARBURY |
| --- | --- | --- | --- | --- | --- |
| | **60** | | | | |
| 9/14/2014 | 1 | | | | |
| 10/14/2014 | 2 | | | | |
| 11/14/2014 | 3 | | | | |
| 12/14/2014 | 4 | | | | |
| 1/14/2015 | 5 | | | | |
| 2/14/2015 | 6 | | | | |
| 3/14/2015 | 7 | | | | |
| 4/14/2015 | 8 | | | | |
| 5/14/2015 | 9 | | | | |
| 6/14/2015 | 10 | | | | |
| 7/14/2015 | 11 | | | | |
| 8/14/2015 | 12 | | | | |
| 9/14/2015 | 13 | | | | $127.00 |
| 10/14/2015 | 14 | | | | $127.00 |
| 11/14/2015 | 15 | $27.00 | | | $127.00 |
| 12/14/2015 | 16 | $27.00 | | | $127.00 |
| 1/14/2016 | 17 | $27.00 | | | $127.00 |
| 2/14/2016 | 18 | $27.00 | | | $127.00 |
| 3/14/2016 | 19 | $27.00 | | | $127.00 |
| 4/14/2016 | 20 | $27.00 | | | $127.00 |
| 5/14/2016 | 21 | $27.00 | | | $127.00 |
| 6/14/2016 | 22 | $27.00 | | | $127.00 |
| 7/14/2016 | 23 | $27.00 | | | $127.00 |
| 8/14/2016 | 24 | $27.00 | | | $127.00 |
| 9/14/2016 | 25 | $27.00 | | | $127.00 |
| 10/14/2016 | 26 | $27.00 | | | $127.00 |
| 11/14/2016 | 27 | $27.00 | | | $127.00 |
| 12/14/2016 | 28 | $27.00 | | | $127.00 |
| 1/14/2017 | 29 | $27.00 | | | $127.00 |
| 2/14/2017 | 30 | $27.00 | | | $127.00 |
| 3/14/2017 | 31 | $27.00 | | | $127.00 |
| 4/14/2017 | 32 | $27.00 | | | $127.00 |
| 5/14/2017 | 33 | $27.00 | | | $127.00 |
| 6/14/2017 | 34 | $27.00 | | | $127.00 |
| 7/14/2017 | 35 | $27.00 | | | $127.00 |
| 8/14/2017 | 36 | $27.00 | | | $127.00 |
| 9/14/2017 | 37 | $27.00 | | | $127.00 |
| 10/14/2017 | 38 | $27.00 | | | $127.00 |
| 11/14/2017 | 39 | $27.00 | | | $127.00 |
| 12/14/2017 | 40 | $27.00 | | | $127.00 |
| 1/14/2018 | 41 | $27.00 | | | $127.00 |
| 2/14/2018 | 42 | $27.00 | | | $127.00 |
| 3/14/2018 | 43 | $27.00 | | | $127.00 |
| 4/14/2018 | 44 | $27.00 | | | $127.00 |
| 5/14/2018 | 45 | $27.00 | | | $127.00 |
| 6/14/2018 | 46 | $27.00 | | | $127.00 |
| 7/14/2018 | 47 | $27.00 | | | $127.00 |
| 8/14/2018 | 48 | $27.00 | | | $127.00 |
| 9/14/2018 | 49 | $27.00 | | | $127.00 |
| 10/14/2018 | 50 | $27.00 | | | $127.00 |
| 11/14/2018 | 51 | $27.00 | | | $127.00 |
| 12/14/2018 | 52 | $27.00 | | | $127.00 |
| 1/14/2019 | 53 | $27.00 | | | $127.00 |
| 2/14/2019 | 54 | $27.00 | | | $127.00 |
| 3/14/2019 | 55 | $27.00 | | | $127.00 |
| 4/14/2019 | 56 | $27.00 | | | $127.00 |
| 5/14/2019 | 57 | $27.00 | | | $127.00 |
| 6/14/2019 | 58 | **$27.00** | | | $127.00 |
| 7/14/2019 | 59 | **$10.03** | | **59 at** | **$127.00** |
| 8/14/2019 | 60 | | | **1 at** | **$122.47** |
| | | $1,198.03 | | | $6,091.47 |
| | | **Gap payment paid in full plus Post-Petition costs ($893.03 plus $305.00 costs)** | | | **Paid in full** |
| | | **Claim 205** | | | **Claim 9** |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:14-bk-09393-ABB<br>Middle District of Florida<br>Orlando<br>Thu Sep  3 10:24:14 EDT 2015 | Christiana Trust, A Division of Wilmington S<br>Selene Finance LP<br>P.O. Box 71243<br>Philadelphia, PA 19176-6243 | ORANGE COUNTY TAX COLLECTOR<br>P.O. BOX 545100<br>ORLANDO, FL 32854-5100 |
| Partners Federal Credit Union<br>c/o Andrew W. Houchins<br>Post Office Box 3146<br>Orlando, FL 32802-3146 | Shirley A Rivers<br>11315 Windermere Road<br>Windermere, FL 34786-3427 | Alexander Kalman, Esq.<br>Lender Legal Services, LLC<br>201 E Pine St #730<br>Orlando, FL 32801-2763 |
| Capital 1 Bank<br>Attn: General Correspondence<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Christiana Trust, a division of<br>Wilmington Savings Fund Society, FSB<br>as Trustee<br>1610 E. Saint Andrew Pl., Ste. B-150<br>Santa Ana, CA 92705-4931 | Christiana Trust, a division of<br>Wilmington Savings, Trustee<br>3801 Kennett Pike<br>Ste. C200<br>Greenville, DE 19807-2324<br>SunTrust Bank |
| City of Orlando<br>400 S. Orange Ave<br>Orlando, FL 32801-3317 | Comnwlth Fin<br>245 Main St<br>Dickson City, PA 18519-1641 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Forest Recovery Servic<br>Po Box 83<br>Barrington, IL 60011-0083 | Gary S Rabin<br>1 Morton Drive<br>Lakeland, FL 33801 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Jeff H. Grezlak<br>7214 Laurel Hill Dr<br>Orlando, FL 32818-5233 | Justin R. Clark, Esq<br>1936 Boothe Circle<br>Longwood, FL 32750-6774 | LVNV Funding<br>P O Box 10497<br>Greenville NC 29603-0497 |
| Leslie White, Esquire<br>PO Box 3146<br>Orlando, FL 32802-3146 | Orlando Health<br>1414 Kuhl Ave.<br>Orlando, FL 32806-2093 | Partners Federal Credit Unio<br>13705 International Dr., S<br>Orlando, FL 32821-5411 |
| Partners Federal Credit Union<br>P O Box 10000<br>Lake Buena Vista, FL 32830-1000 | Partners Federal Credit Union<br>Steven Gaddy, Esq.<br>2727 West Cypress Creek Road<br>Ft. Lauderdale, FL 33309-1721 | Partners Federal Credit Union<br>c/o Andrew W. Houchins, Esq.<br>P.O. Box 3146<br>Orlando, FL  32802-3146 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Professional Adjmnt Co<br>14410 Metropolis Ave<br>Fort Myers, FL 33912-4341 | Ronald R Wolfe & Associates PL<br>PO Box 25018<br>Tampa FL 33622-5018 |
| Rush, Marshall, Jones & Kell<br>PO Box 3146<br>Orlando, FL 32802-3146 | Ryan Coar Walton<br>c/o Gary S Rabin, Esq.<br>1 Morton Drive<br>Lakeland, FL 33801 | Selene Finance<br>9990 S Richmond Ave<br>Suite 400 South<br>Houston, TX 77042-4546 |

| | | |
|---|---|---|
| Selene Finance LP<br>PO BOX 71243<br>Philadelphia, PA 19176-6243 | SunTrust Bank<br>Bankruptcy Dept.<br>P O Box 85092<br>Richmond, VA 23286-0001 | Suntrust Mortgage-Bkcy Dept<br>PO Box 26665<br>Richmond, VA 23261-6665 |
| THOMAS CRAWFORD MARBURY<br>5055 S ORANGE AVE<br>ORLANDO FL 32809-3017 | Town of Windermere<br>Code Enforcement<br>614 Main St<br>Windermere FL 34786-3503 | Town of Windermere<br>Code Enforcement Division<br>PO Box 669<br>Kissimmee FL 34786-0669 |
| Wells Fargo Bank, N.A.<br>Attention: Bankruptcy Department<br>MAC #D3347-014<br>3476 Stateview Blvd<br>Ft. Mill, SC 29715-7203 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA 50306-0335 |
| Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Robert B Branson +<br>BransonLaw PLLC<br>1501 E. Concord Street<br>Orlando, FL 32803-5411 | Paul L Urich +<br>Law Office of Paul L Urich PA<br>1510 East Colonial Drive<br>Suite 204<br>Orlando, FL 32803-4734 |
| United States Trustee - ORL7/13 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Reka Beane +<br>Ronald R. Wolfe & Associates, P.L.<br>P.O. Box 25018<br>Tampa, FL 33622-5018 | Andrew W Houchins +<br>Rush Marshall Jones and Kelly<br>PO Box 3146<br>Orlando, FL 32802-3146 |
| Steven H Gaddy +<br>Phelan Hallinan<br>2727 W Cypress Creek Road<br>Fort Lauderdale, FL 33309-1721 | Alexandra R Kalman +<br>Lender Legal Services, LLC<br>201 East Pine Street<br>Suite 730<br>Orlando, FL 32801-2763 | Scott C Lewis +<br>Albertelli Law<br>PO Box 23028<br>Tampa, FL 33623-2028 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Arthur B. Briskman
Orlando

(u)Christiana Trust, A Division of Wilmington

(u)Wells Fargo Bank, N.A.


(d)Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

(d)Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

(d)Thomas Crawford Marbury
5055 S Orange Avenue
Orlando FL 32809-3017


(d)Thomas Crawford Marbury
5055 S. Orange Ave.
Orlando, FL 32809-3017

End of Label Matrix
Mailable recipients    48
Bypassed recipients     7
Total                  55